CERTIFIED NOTICE





EEDS TO
BILLED
-1

## THE STATE OF TEXAS

TO ANY SHERIFF, CONSTABLE OR ANY AUTHORIZED PERSON WITHIN THE STATE OF TEXAS GREETING;

These are to Command you to post this notice in Travis County where all public notices are posted:

the accompanying certified copy of: PULBIC NOTICE OF HEARING ON PLAINTIFF'S UNOPPOSED MOTION FOR PERMANENT SEALING ORDER

in the Cause No. 25-BC03A-0001, Wherein

SAFELEASE INSURANCE SERVICES, LLC                                           PLAINTIFF(s)

v.

STORABLE, INC., et al                                                                          DEFENDANT(s)

> **RECEIVED**
> April 2, 2025
> Fifteenth Court of Appeals
> Christopher A. Prine
> Clerk of Court

in the Business Court of Texas, Division 11A and that you will make do return of this writ showing how you have executed the same.

WITNESS MY HAND AND SEAL of said Court, in the City of Austin, Texas this the 26th day of March, 2025.

REQUESTED BY:
R. Paul Yetter
811 Main Street, Suite 4100
Houston, Texas 77002

Ph# 713·457·3083
NO Fax
Email: asmith@yettercoleman.com

BEVERLY CRUMLEY
Clerk of the Business Court
300 W. 15th Street, Suite 606
Austin, Texas 78701

By: _Beverly Crumley_

- - - - - - - - - - - - - - - - RETURN - - - - - - - - - - - - - - - -

Came to hand on the 26th day of MARCH, 19 2025 at 3:23 o'clock p m., and executed at 1000 GUADALUPE ST AUSTIN TX 78701 within the County of TRAVIS on the 26th day of MARCH, 19 2025, at 4:00 o'clock p m., by delivering to the within named STORABLE, INC, et al BY POSTING AT TRAVIS COUNTY COURTHOUSE in TRAVIS County, Texas, in person, a true copy of this Notice and the accompanying certified copy attached hereto.

Carlos B. Lopez
Constable Pct. 5, Travis County, Texas

Service Fee: $_____

SHERIFF/CONSTABLE/AUTHORIZED

BY: _____

Charles Dobbins

PERSON
Sworn to and subscribed before me this the

____day of_____,20___.

2025 MAR 26 PM 3:23
TRAVIS COUNTY, TEXAS
RECEIVED

Printed Name of Server

TRAVIS County,

NOTARY PUBLIC, THE STATE OF TEXAS
Texas





E-MAILED
3·27·25



CATHY RODRIGUEZ
My Notary ID # 131460319
Expires July 19, 2026

CRodriguez 3/27/25



# Carlos B. Lopez, Constable

Travis County Constable
Precinct 5
P.O. Box 1748
Austin, Texas  78767

YETTER,R.PAUL
811 MAIN STREET STE. 4100
HOUSTON, TEXAS 77002

Case No. 25BC03A0001-1
Court: 0 Other Court
County: TRAVIS
Plaintiff: SAFELEASE INSURANCE SERVICES LLC
Defendant: STORABLE,INC ET AL
Respondent: STORABLE INC ET AL

Dear YETTER,R.PAUL

Our records show that there is due $85 (A/R#25030563) for service of process in the above described case.  This office received Notice for STORABLE INC ET AL which was assigned to deputy on March 26, 2025 at  3:51 P.M. The service address is 1000 GUADALUPE STREET, AUSTIN, TX  78701.

Please return this bill or a copy with your check or correspondence to ensure proper credit.  For further information contact me at (512)854-3715 between 8am and 5pm.

Tere McGarah
Constable Pct 5

*Check the status of service of process at*
***www.Constable5.com***
*Be sure to bookmark the ServiceCheck page.*


−2

No. 25-BC-03A-0001

| | | |
|---|---|---|
| SAFELEASE INSURANCE SERVICES, LLC, | § § § | THE BUSINESS COURT OF TEXAS |
| *Plaintiff,* | § § § | |
| v. | § § | THIRD DIVISION |
| STORABLE, INC., et al., | § § | |
| *Defendants.* | § § | TRAVIS COUNTY, TEXAS |

## NOTICE OF RULE 76A MOTION TO SEAL COURT RECORDS

Please take note that, pursuant to Rule 76a of the Texas Rules of Civil Procedure, on March 25, 2025, Defendants Storable, Inc. ("Storable") files a Rule 76 Motion to Seal Court Records in the above captioned cause.

This case primarily involves a dispute between Plaintiff and Defendants related to Plaintiff's access and use of Defendants' software. Plaintiff has asserted claims against Defendants for an antitrust violation, tortious interference with existing contract, and tortious interference with prospective business relations, and seeks injunctive relief and attorney's fees. Defendants have asserted counterclaims against Plaintiff for tortious interference with existing contract, violations of the Consumer Protection Against Consumer Spyware Act for the wrongful exploitation and illegal harvesting of mutual customers' data, unjust enrichment, conversion, and quantum meruit.

The Parties seek to seal documents and transcripts of the hearings for requests for temporary restraining orders and requests for temporary injunction hearing related to their confidential and proprietary information, including financial terms, competitively sensitive information, and client identifying information.



COMPLETED

17106979



E-MAILED
3-27-25

TRAVIS COUNTY, TEXAS
PRECINCT 5

2025 MAR 27 AM 10: 28

RECEIVED

1

Please take note that the Rule 76a Motion to Seal Court Records will be heard on the 10th day of April, 2025 at 10:00 a.m. in open court before the Third Division Business Court of Travis County, Texas.

Zoom using the following credentials:

http://txcourts.zoom.us/j/86950319895

Meeting ID: 869 5031 9895

One tap mobile

+13462487799,,86950319895# US (Houston)

+12532050468,,86950319895# US

Any person may intervene and be heard concerning the sealing of court records.

2

17106979

Respectfully submitted,

By: */s/ Ray T. Torgerson*
Ray T. Torgerson SBN: 24003067
Neil Kenton Alexander SBN: 00996600
Jonna N. Summers SBN: 24060649
Elizabeth "Liza" Eoff SBN 24095062
Lakshmi N. Kumar SBN: 24144581

**Porter Hedges LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6000
rtorgerson@porterhedges.com
ken.alexander@porterhedges.com
jsummers@porterhedges.com
leoff@porterhedges.com
lkumar@porterhedges.com

**Greenberg Traurig LLP**
Dale Wainwright
Texas Bar No. 00000049
Justin Bernstein
Texas Bar No. 24105462
300 West 6th Street, Suite 2050
Austin, Texas 78701
Telephone: (512) 320-7240
dale.wainwright@gtlaw.com
bernsteinju@gtlaw.com

**Arnold & Porter Kaye Scholer LLP**
Katherine G. Treistman
Texas Bar No. 00796632
Andrew D. Bergman
Texas Bar No. 24101507
700 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 576-2400
katherine.treistman@arnoldporter.com
andrew.bergman@arnoldporter.com

**Attorneys For Defendants**

3

17106979

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon counsel of record in accordance with the Texas Rules of Civil Procedure on this 26th day of March, 2025.

*/s/ Ray T. Torgerson*
Ray T. Torgerson

4

17106979

Cause No.: 25BC03A0001-2

Plaintiff:                  {}     TRAVIS County

SAFELEASE INSURANCE SERVICES    {}
LLC

Defendant:

STORABLE,INC ET AL       Officer's Return

Came to hand March 27, 2025 at 10:28 A.M. and executed in Travis County, Texas, on March 27, 2025 at 2:03 P.M. by delivering to STORABLE INC ET AL , by delivering to TCCH POSTING at 1000 GUADALUPE STREET AUSTIN TX 78701, a true copy of the notice.

Carlos B. Lopez, Constable
Travis County Constable Precinct 5
Travis County, Texas

by: _____

Josh Alba, Sergeant

Sworn to and subscribed before me this the

27 day of March, 2025

_____
NOTARY PUBLIC for the State of Texas

CATHY RODRIGUEZ
My Notary ID # 131460319
Expires July 19, 2026



# Carlos B. Lopez, Constable

Travis County Constable
Precinct 5
P.O. Box 1748
Austin, Texas  78767
March 27, 2025

PORTER & HEDGES
1000 MAIN STREET  36TH FLOOR
HOUSTON, TX 77002-2764

Case No. 25BC03A0001-2
Court: 3 Other Court
County: TRAVIS
Plaintiff: SAFELEASE INSURANCE SERVICES LLC
Defendant: STORABLE,INC ET AL
Respondent: STORABLE INC ET AL

Dear PORTER & HEDGES

Our records show that there is due $85 (A/R#25030565) for service of process in the above described case.  This office received Notice for STORABLE INC ET AL which was delivered, waiting officer's return on March 27, 2025 at  2:03 P.M. The service address is 1000 GUADALUPE STREET, AUSTIN, TX  78701.

Please return this bill or a copy with your check or correspondence to ensure proper credit.  For further information contact me at (512)854-3715 between 8am and 5pm.

Tere McGarah
Constable Pct 5

*Check the status of service of process at*
***www.Constable5.com***
*Be sure to bookmark the ServiceCheck page.*